IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAVEAL D. BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-13-934-M |
| ) | |
| STATE OF OKLAHOMA, et al., ) | |
| ) | |
| Respondents. ) | |

## REPORT AND RECOMMENDATION

Petitioner, a prisoner appearing pro se, has filed a motion for leave to proceed in forma pauperis and supporting affidavit. Pursuant to an order entered by United States District Judge Vicki Miles-LaGrange, this matter has been referred to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). Having reviewed said motion, the undersigned finds that Petitioner has sufficient funds to prepay the filing fee of $5. Specifically, Petitioner's account reflects a balance of $40.75. Because Petitioner does not qualify for authorization to proceed without prepayment of the filing fee, it is recommended that Petitioner's motion, Doc. 7, be denied and that he be ordered to prepay the full $5 filing fee for this action to proceed. 28 U.S.C. § 1915(a)(1). It is further recommended that this action be dismissed without prejudice to refiling unless Petitioner pays the $5 filing fee in full to the

Clerk of the Court within twenty (20) days of any order adopting this Report and Recommendation.

Petitioner is advised that he may file an objection to this Report and Recommendation with the Clerk of this Court by October 21, 2013. Petitioner is further advised that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *Moore v. United States*, 950 F. 2d 656, 659 (10th Cir. 1991).

ENTERED this 1st day of October, 2013.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE