IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAVEAL D. BROWN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-13-934-M |
| | ) |
| STATE OF OKLAHOMA, et al., | ) |
| | ) |
| Respondent. | ) |

## ORDER

On October 1, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended that petitioner's motion for leave to proceed in forma pauperis be denied and that petitioner be ordered to prepay the full $5 filing fee for this action to proceed. On October 17, 2013, petitioner paid the $5 filing fee.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 8] issued by the Magistrate Judge on October 1, 2013, and

(2) DENIES petitioner's motion for leave to proceed in forma pauperis [docket no. 7].

**IT IS SO ORDERED this 4th day of November, 2013.**

/s/ Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE