IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| LAVEAL D. BROWN, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. CIV-13-934-M |
| H. A. RIOS, Warden, | ) | |
| Respondent. | ) | |

## ORDER

On June 9, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended respondent's motion to dismiss be granted and the petition be dismissed with prejudice as untimely. The parties were advised of their right to object to the Report and Recommendation by June 29, 2014. On June 26, 2014, petitioner filed his objections, and on June 27, 2014, petitioner filed his amended objections.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 17] issued by the Magistrate Judge on June 9, 2014;

(2) GRANTS respondent's motion to dismiss [docket no. 13], and

(3) DISMISSES the petition for a writ of habeas corpus with prejudice as untimely.

**IT IS SO ORDERED this 10th day of July, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE